Eva S. Baron et al., Respondents, v. L. S. H. Realty Corp., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

Robert Hayes et al., Respondents, v. Duane Jones Company, Inc., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of the Arbitration Between E. Milius & Co., Inc., Respondent, and Regal Shirt Corp., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 281 App. Div. 744.]

Breakwater Cafeteria, Inc., Respondent, v. Besson Cohen, Defendant, and Morris Mostoff, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

Claire Spingarn, Appellant, v. Howard Spingarn et al., as Executors of Leopold Spingarn, Deceased, Respondents.— Judgment so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

Fred W. Hoch, Respondent, v. Joseph A. Shields et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

Redlark Realty Corp. et al., Appellants, v. David Minkin et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 281 App. Div. 812.]

Ortenzio C. Pugliase, as Administrator of the Estate of Erminia Fragale, Deceased, Respondent, v. Union Sanatorium Association, Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

George W. Warnecke, Respondent-Appellant, v. Nuovo Corporation, Appellant-Respondent.— Judgment and order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

Lewmac Furs, Inc., Respondent, v. Old Colony Insurance Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.